

# NUMBER 13-09-00245-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE ESTATE OF JEANNE STAHL

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam[1]

Relators, the Estate of Jeanne Stahl, Deceased, David Stahl, Debra Stahl McFarland, and Richard Stahl (collectively referred to as the "Stahls"), have filed a petition for writ of mandamus by which they request this Court to direct respondent, the Honorable John B. Martinez, presiding judge of the County Court at Law No. 3 of

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions). *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

Nueces County, Texas, to preclude the admission of evidence relating to certain events that transpired (1) before Jeanne Stahl was admitted into the hospital, and (2) after her death. The real parties in interest are Bay Area Healthcare Group, Ltd., d/b/a Corpus Christi Medical Center and Bay Area Medical Center (collectively referred to as "Bay Area"). This Court requested a response from the real parties in interest and one was timely filed.

The Court, having examined and fully considered the petition for writ of mandamus and the response, is of the opinion that the Stahls have not shown themselves entitled to the relief sought and the petition for writ of mandamus should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is **DENIED**.

PER CURIAM

Memorandum Opinion delivered
and filed on the 8th day of July, 2009.

2